IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: MICHAEL C. LAUFF                          )
    **Debtor(s)**                               )
                                             )  CHAPTER 13
AMERICREDIT FINANCIAL SERVICES, INC.             )
dba GM FINANCIAL                                 )  Case No.: 25-14735 (DJB)
    **Moving Party**                          )
                                             )
   v.                                         )  **Hearing Date:  6-18-26 at 11:00 AM**
                                             )
MICHAEL C. LAUFF                                 )
    **Respondent(s)**                         )  11 U.S.C. 362
                                             )
KENNETH E. WEST                                  )
    **Trustee**                               )
                                             )
                                             )

**STIPULATION OF SETTLEMENT OF MOTION OF GM FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY**

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), and the Debtor having opposed such Motion through his counsel, Brad J. Sadek, Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

    **ORDERED:**

1. That GM Financial is the holder of a first purchase money security interest in a 2019 Dodge Durango bearing vehicle identification number 1C4RDJAG0KC585905.

2. That the Debtor is to pay counsel fees and costs for the instant Motion in the amount of $599.00 by making his regular monthly payment of $700.46 plus an additional $99.83 (total payment of $800.29) for the months of August 2026 through January 2027.  The Debtor is to make regular monthly payments for May through July 2026.

3. That commencing May 2026, if the Debtor fails to make any payment to GM Financial within thirty (30) days after the date it falls due, GM Financial may

send, via facsimile and regular mail, the Debtor and counsel a written notice of default of this Stipulation.  If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

4. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for the Debtor

/s/ William E. Craig
William E. Craig, Esquire
Attorney for GM Financial