IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MICHAEL C. LAUFF ) | |
|    **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER BANK, N.A., AS SERVICER ) | |
| FOR SANTANDER CONSUMER USA INC. ) | Case No.: 25-14735 (DJB) |
|    **Moving Party** ) | |
| ) | |
|   v. ) | **Hearing Date:  9-10-26 at 11:00 AM** |
| ) | |
| MICHAEL C. LAUFF ) | |
| NATALIE LAUFF ) | 11 U.S.C. 362 |
|    **Respondent(s)** ) | |
| ) | 11 U.S.C. 1301 |
| KENNETH E. WEST ) | |
|    **Trustee** ) | |
| ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Santander Bank, N.A., as servicer for Santander Consumer USA, Inc. ("Santander") filing this its Motion For Relief From The Automatic Stay And Co-Debtor Stay ("Motion"), and in support thereof, would respectfully show:

1. That on November 20, 2025, Michael C. Lauff filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. 105, 361, 362, 1301 and 28 U.S.C. 157 and 1334.

3. On April 8, 2025, the debtor and co-debtor Natalie Lauff entered into a retail installment contract for the purchase of a 2020 Nissan Altima bearing vehicle identification number 1N4BL4BV2LC139264.  The contract was assigned to Santander Consumer USA Inc. and the debtor became indebted to Santander in accordance with the terms of same.  Santander Consumer USA Inc. is designated as first lien holder on the title to the vehicle and holds a first purchase money security interest in the vehicle.   A true copy of the contract and title inquiry to the vehicle are annexed hereto as Exhibits A and B.  Santander Bank, N.A. acts as servicer for Santander Consumer USA Inc.

4. The debtor's account is past due from April 23, 2026 to July 23, 2026 with arrears in the amount of $1,572.60.

5. As of July 29, 2026, the debtor's account with Santander had a net loan balance of $16,859.81.

6. According to the July 2026 NADA Official Used Car Guide, the vehicle has a current retail value of $14,875.00.

7.  Santander Bank, N.A., as servicer for Santander Consumer USA Inc. alleges that the automatic stay and co-debtor stay  should be lifted for cause under 11 U.S.C. 362(d)(1) and 11 U.S.C. 1301 in that Santander lacks adequate protection of its interest in the vehicle as evidenced by the following:

(a)  The debtor is failing to make payments to Santander and is failing to provide Santander with adequate protection.

(b) Santander has been unable to verify that the vehicle is insured; if the Debtor contests this Motion, he must provide Santander with proof of valid, current insurance on the vehicle by the date of the hearing.

WHEREFORE PREMISES CONSIDERED, Santander Bank, N.A., as servicer for Santander Consumer USA Inc. respectfully requests that upon final hearing of this Motion, (1) the automatic stay will be terminated as to Santander to permit Santander to seek its statutory and other available remedies; (2) that the    co-debtor stay will be terminated as to Santander to permit Santander to seek its statutory and other available remedies; (3) that the stay and co-debtor stay terminate upon entry of this Order pursuant to the authority granted by Fed.R.Bank.P., Rule 4001(a)(4) and (4) Santander be granted such other and further relief as is just.

Respectfully submitted,
/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney ID: 92329
Local Counsel for Santander Bank, N.A.,
as servicer for Santander Consumer USA Inc.