**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Michael C Lauff,**<br>**Debtor .**<br><br>**AMERIHOME MORTGAGE COMPANY LLC,**<br><br>**Movant,**<br>**v.**<br>**Michael C Lauff,**<br>**Debtor/Respondent**<br>**Natalie Tolson,**<br>**Co-Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 25-14735-djb**<br><br>**Chapter 13**<br><br>**Hearing Date: November 5, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Hearing Location: 900 Market Street, Suite 201 Philadelphia, PA 19107**<br>**Courtroom Number #2** |

**MOTION OF AMERIHOME MORTGAGE COMPANY LLC FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY OF AMERIHOME MORTGAGE COMPANY LLC TO PERMIT FORECLOSURE OF 12755 DUNKS FERRY RD. PHILADELPHIA, PENNSYLVANIA 19154**

AMERIHOME MORTGAGE COMPANY LLC (“Movant or “Secured Creditor”), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 of the United States Bankruptcy Code (“Code”) for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Michael C Lauff (“Debtor”), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code (“Code”) on November 20, 2025.
2. Jurisdiction of this cause is granted to the United States Bankruptcy Court (“Court”)

pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3. On October 23, 2017, Michael Lauff executed and delivered a Promissory Note ("Note") and Michael Lauff and Natalie Tolson executed a Mortgage ("Mortgage") securing payment of the Note in the amount of $172,000.00 in favor of Milend, Inc., A Georgia Corporation. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded December 1, 2017 in Document ID 53298816 of the Public Records of Philadelphia County, PA. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 12755 Dunks Ferry Rd., Philadelphia, Pennsylvania 19154, (the "Property").

6. The parties entered into a Loan Modification ("Agreement") on August 16, 2022, creating a new principal balance of $193,773.04. A true and correct copy of the Agreement is attached hereto as Exhibit "C".

7. The loan was last assigned to AMERIHOME MORTGAGE COMPANY LLC and same recorded with the Philadelphia County Recorder of Deeds on March 3, 2022, at Document ID 53986593. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "D".

8. Movant is the holder of the note ("noteholder"), and is either the original mortgagee, beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to noteholder or has been duly endorsed.

9. Based upon the Debtor(s)' Chapter 13 First Amended Plan ("Plan") (at Docket No.17), the

Debtor intends to cure pre-petition arrears due Movant through the Chapter 13 Plan and remains responsible for remitting all post-petition payments directly to Movant. A true and correct copy of the Chapter 13 First Amended Plan is attached hereto as Exhibit "E".

**10.** Natalie Tolson ("Co-Debtor"), is also liable on and/or has secured the aforementioned debt jointly with the Debtor(s).

11. Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $1,169.68 which came due on July 1, 2026 through September 1, 2026.

12. Thus, Debtor(s)' post-petition arrears total $2,677.12, after application of the suspense balance of ($831.92) through September, 2026. By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the period alleged above.

13. As of September 17, 2026, the unpaid principal balance due under the loan documents is $196,879.24. Movant's total claim amount, itemized below, is $225,728.96. *see* Exhibit "F".

| | |
|---|---|
| Principal Balance | $196,879.24 |
| Interest (03/01/24 – 08/23/26) | $15,162.44 |
| Escrow Advance | $12,009.84 |
| Suspense Balance | ($1,774.54) |
| Total Fees | $231.75 |
| Recoverable Balance | $3,220.23 |
| Total to Payoff | $225,728.96 |

14. Debtor(s)' docketed schedules list the value of the Property as $276,720.00. A true and accurate copy of Debtor(s) Schedule A/B is attached hereto as Exhibit "G".

15. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay and Co-Debtor stay for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1)

and Co-Debtor stay pursuant to 11 U.S.C. § 1301 is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

16. As set forth herein, Debtors defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.

17. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

18. As a result, cause exists pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

19. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 to permit AMERIHOME MORTGAGE COMPANY LLC to take any and all steps necessary to exercise any and all rights it may have in the collateral property described herein, gain possession of said collateral property, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable

Court deems just and appropriate.

Date: 10/07/2026

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br>**Michael C Lauff** | **CHAPTER: 13** |
| **Debtor(s)** | **CASE NO. 25-14735-djb** |

## DECLARATION OF INDEBTEDNESS

Property Address:
12755 Dunks Ferry Rd. Philadelphia, Pennsylvania 19154

Mortgage Servicer:
Amerihome Mortgage Company, LLC, by ServiceMac, LLC its appointed Attorney in Fact.

Post-petition mailing address for Debtor(s) to send payment:
AmeriHome Mortgage Company, LLC
c/o ServiceMac, LLC
9726 Old Bailes Road, Suite 200
Fort Mill SC 29707

Mortgagor(s)/Debtor(s):
Michael C Lauff (Debtor)
Natalie Tolson (Co-Debtor)

Payments are contractually due:

Monthly ☒ Semi-monthly ☐ Bi-weekly ☐ Other

Each Monthly Payment is comprised of:

| | |
|---|---|
| Principal and Interest..... | $721.66 |
| R.E. Taxes...................... | $448.02 |
| Insurance........................ | Included in R.E. Taxes |
| Late Charge.................... | $0.00 |
| Other.............................. | $0.00 (Specify: N/A) |
| **TOTAL**......................... | $1,169.68 |

**POST-PETITION PAYMENTS** (Petition was filed on November 20, 2025)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| **07/01/2026 DUE** | - | $1,169.68 | - | - | N/A |
| **08/01/2026 DUE** | - | $1,169.68 | - | - | N/A |
| **09/01/2026 DUE** | - | $1,169.68 | - | ($831.92) | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: (3) as of September 17, 2026.
TOTAL AMOUNT OF POST-PETITION ARREARS: $2,677.12, after application of the suspense balance of ($831.92) as of September 17, 2026.

I hereby certify, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that I have examined the information in the foregoing, and have a reasonable belief that the information contained herein is true and correct.

Dated: 09 / 30 / 2026

Mortgage Company
Amerihome Mortgage Company, LLC, by
ServiceMac, LLC its appointed Attorney in Fact.

Kathleen Sovic - Vice President
(Print Name and Title)

Tempe, AZ Kathleen Sovic
Location Signature